**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 5, 2012

No. 12-20071

Lyle W. Cayce
Clerk

EVA ELENA PIRVU,

Plaintiff - Appellant

v.

KELLOGG BROWN AND ROOT INCORPORATED; KBR TECHNICAL
SERVICES INCORPORATED; BRUCE HALL; MICHAEL GOODWIN;
ADRIAN STOCKTON; MIKE MAYO; KELLOGG BROWN & ROOT,
INCORPORATED, doing business as Service Employees International,
Incorporated,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-cv-3778

Before BARKSDALE, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED.  *See* 5th Cir. R. 47.6.

---

[*] Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.